# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER HOSEY** | ) | |
| | ) | **Case Number: 09-1815** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **CIVIL ACTION** |
| **COLLECTCORP COROPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff,  JENNIFER HOSEY, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, with prejudice.


BY: /s/  Bruce K. Warren
        Bruce K. Warren, Esquire
        Attorney for Plaintiff
        Attorney I.D. #89677
        Warren & Vullings, LLP
        1603 Rhawn Street
        Philadelphia, PA  19111
        215-745-9800